USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/18/2024__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x

UNITED STATES OF AMERICA

    -against-

## Santiago Nunez

----------------------------------------x

**ORDER**

__23 Cr. 517__
Docket #

## Analisa Torres
_____ District Judge
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

## JEREMY SCHNEIDER
_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC __7/18/2024.__

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

**Dated:  New York, New York**
      7/18/24