USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/6/2024__

ROTHMAN, SCHNEIDER, SOLOWAY & S
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

August 5, 2024

**By ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Santiago Nunez
             23 Cr. 517 (AT)

Dear Judge Torres:

    I am the attorney for Santiago Nunez, the defendant in the above-referenced matter, having been assigned pursuant to the Criminal Justice Act on July 18, 2024 in relation to Mr. Nunez's pending motion for compassionate release. Mr. Nunez's motion was filed on May 23, 2024. The government filed its opposition on June 24, 2024. This letter is respectfully submitted to request that Mr. Nunez be permitted to supplement his motion and reply to the government's opposition on or before September 5, 2024.

    I recently met with Mr. Nunez at the Brooklyn Metropolitan Detention Center to discuss his case, and we are now in the process of obtaining documents and records that are needed for his supplemental submission. Additionally, I am scheduled to undergo a medical procedure on August 20 that will require a few weeks of recovery. A deadline of September 5, 2024 should provide sufficient time to obtain the necessary records and prepare Mr. Nunez's motion while also accounting for my personal medical circumstances.

    If the Court has any questions regarding this application, please do not hesitate to contact me.

GRANTED. By **September 5, 2024**, Defendant shall file his supplemental brief. By **September 19, 2024**, the Government shall file its supplemental reply, if any.

SO ORDERED.

Dated: August 6, 2024
       New York, New York

ANALISA TORRES
United States District Judge