USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/6/2024__

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

August 5, 2024

**By ECF -** *Ex Parte*
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Santiago Nunez
    23 Cr. 517 (AT)

Dear Judge Torres:

I am the attorney for Santiago Nunez, the defendant in the above-referenced case. I was assigned to this matter pursuant to the Criminal Justice Act on July 18, 2024 for purposes of assisting Mr. Nunez with his pending motion for compassionate release. This letter is respectfully submitted to request the appointment of Rachel Perillo, Esq. as associate counsel in this matter.

Ms. Perillo is an associate at my law office and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York. Ms. Perillo's appointment is needed to assist me in meeting with Mr. Nunez at the Metropolitan Detention Center, communicating with his family, obtaining documents and records, and assisting in the drafting of any written submissions. Additionally, I am scheduled to have a medical procedure on August 20 that will require several weeks of recovery. Ms. Perillo's appointment would ensure continued attention to Mr. Nunez's case while I am out recovering. Finally, Ms. Perillo's assistance would be more cost-effective at the associate CJA rate of $125.00 per hour, and her work would not be duplicative.

If the Court grants this application, it is respectfully requested that Ms. Perillo be approved at the CJA rate of $125.00 per hour, nunc pro tunc to July 24, 2024.

GRANTED.

SO ORDERED.

Dated: August 6, 2024
New York, New York

ANALISA TORRES
United States District Judge