USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

SANTIAGO NUÑEZ,

Defendant.

23 Cr. 517 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letter filed by Santiago Nuñez, *pro se*, requesting early termination of his supervised release based on good behavior. *See* ECF No. 47. By email dated August 20, 2026, the Southern District of New York Probation Department indicated that it consented to Nuñez's request, citing his demonstrated compliance with the conditions of supervised release, his placement on the Low Intensity Caseload for individuals requiring minimal supervision, and the fact that his term of supervised release is scheduled to expire on October 17, 2026. By email dated August 21, 2026, the Government informed the Court that it takes no position on Nuñez's request.

After an exhaustive review of the record, the Court concludes that termination of supervised release is justified under 18 U.S.C. § 3583(e)(1). Nuñez's request is GRANTED, and his term of supervised release is TERMINATED effective today.

Additionally, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 46, which is now moot.

SO ORDERED.

Dated: August 25, 2026
New York, New York

ANALISA TORRES
United States District Judge